# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ROJAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:21-cv-00831-DAD-BAM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED<br><br>**RESPONSE DUE:   April 25, 2022** |

　　　　Plaintiff Maria Rojas ("Plaintiff") filed this action on May 24, 2021, seeking review of the Commissioner of Social Security's denial of her applications for disability benefits.  (Doc. 1.)  On May 26, 2021, the Court entered a scheduling order in this action. (Doc. 5.)

　　　　On November 18, 2021, the Commissioner filed the administrative record.[1]  (Doc. 13.) On December 20, 2021, Plaintiff filed proof of service of her confidential letter brief.  (Doc. 15.) Pursuant to the Court's Scheduling Order, Defendant was required to serve Plaintiff with a response to the letter brief within thirty-five days thereafter and file proof of service with the Court.  If Defendant did not agree to remand, then Plaintiff was required to file an opening brief within thirty days of Defendant's response.  (Doc. 5.)  The parties were warned that failure to

---

[1] Upon filing of the administrative record, the stay in this action was automatically lifted pursuant to General Order 615.  (*See* Doc. 14.)

1

comply with the Court's Scheduling Order may result in sanctions pursuant to Local Rule 110. (*Id.*)

Based on the Court's docket, Defendant has not filed a proof of service reflecting that a response to Plaintiff's confidential letter brief was timely served by January 24, 2022.  Further, no opening brief has been filed.

Accordingly, the parties HEREBY ORDERED to SHOW CAUSE why sanctions should not be imposed for the failure to comply with the Court's Scheduling Order.  The parties shall file a written response to this order to show cause no later than **April 25, 2022.**

**The parties are forewarned that failure to respond to this order to show cause may result in the imposition of sanctions for failure to obey a court order or failure to prosecute.**

IT IS SO ORDERED.

Dated:   **April 4, 2022**                        /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE