# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ROJAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00831-DAD-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED<br><br>(Doc. 16) |

On April 5, 2022, the Court ordered the parties to show cause why sanctions should not be imposed for failing to comply with the Court's Scheduling Order. The Court directed the parties to file a written response no later than April 25, 2022. (Doc. 16.)

On April 5, 2022, Defendant Commissioner of Social Security filed a response. According to the response, current counsel failed to calendar the deadline to respond to Plaintiff's confidential letter brief due to an oversight. Defendant has now responded to Plaintiff's confidential letter brief and filed a certificate of service with the Court concurrent with the filing of the instant response. (Doc. 18.)

Having considered Defendant's response, the order to show cause issued on April 5, 2022, is HEREBY DISCHARGED. Plaintiff is not required to file a separate response to the

show cause order.  Pursuant to the Court's Scheduling Order, in the event the parties have not agreed to a remand, within thirty (30) days of service of Defendant's response to Plaintiff's letter brief, Plaintiff shall file her opening brief.  (*See* Doc. 5.)

IT IS SO ORDERED.

Dated:   **April 6, 2022**                                /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE