UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ROJAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 1:21-cv-00831-ADA-BAM<br><br>ORDER REVERSING AND REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF MARIA ROJAS AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

　　　　Plaintiff Maria Rojas and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on October 11, 2022.  (ECF No. 28.)  Pursuant to the terms of the stipulation, the Appeals Council will direct the Administrative Law Judge to:

- Evaluate the opinion of Paula Sandova, F.N.P.;
- Offer the claimant an opportunity for a new hearing and reevaluate the claimant's subjective complaints; and
- Because the ALJ must further develop the record and hold a new hearing, the ALJ should, as necessary: reconsider the claimant's impairments at steps two and three, reconsider the medical and testimony evidence, reconsider the claimant's residual functional capacity, and reconsider the claimant's ability to work at steps four and five.

(*Id.* at 1–2.)

The parties further stipulate that, "upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d)." (*Id.* at 2.)

Pursuant to the terms of the stipulation, the Court orders,

1. The stipulation of the parties, (ECF No. 28), is granted;
2. The matter is reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);
3. Plaintiff's Opening Brief in Support of Remand, (ECF No. 26), is terminated as moot;
4. Defendant's Motion for 30-Day Extension of Time, (ECF No. 27), is terminated as moot; and
5. The Clerk of Court is directed to enter judgment in favor of Maria Rojas and against Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   October 17, 2022                                 _____
                                                           UNITED STATES DISTRICT JUDGE

2