UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ROJAS,<br><br>            Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | No. 1:21-cv-00831-ADA-BAM<br><br>ORDER ADOPTING THE PARTIES' STIPULATION FOR THE AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 31) |

On May 24, 2021, Plaintiff Maria Rojas filed this action seeking review of a final decision of Defendant Commissioner of Social Security. (ECF No. 1.) The Court remanded the matter on October 18, 2022 for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 29.) On January 6, 2023, the parties filed a stipulation that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of $5,631.60. (ECF No. 31.) The parties further stipulate that Plaintiff is not entitled to any costs under 28 U.S.C. § 1920.

Accordingly,

1. Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), Plaintiff is awarded attorney's fees in the amount of $5,631.60;

2. After the issuance of this order, the government shall consider the assignment of the Equal Access to Justice Act attorney's fees to Plaintiff's counsel as follows:

1

   a. Pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), any such assignment will depend on whether the attorney's fees are subject to any offset allowed under the United States Department of Treasury's Offset Program;

   b. Fees shall be made payable to Plaintiff, but if the Department of Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of attorney's fees to be made directly to Plaintiff's counsel, Jonathan O. Peña;

3. Whether the payment of attorney's fees is made payable to Plaintiff or to her counsel, the check shall be mailed to Plaintiff's counsel at:

> Jonathan O. Peña
> Peña & Bromberg, PLC
> 2440 Tulare St., Ste. 320
> Fresno, CA 93721

IT IS SO ORDERED.

Dated: January 9, 2023

UNITED STATES DISTRICT JUDGE

2